**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of Texas _____
                              (State)

Case number (*if known*): _____ Chapter 11

❑ **Check if this is an amended filing**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Jervois Japan Inc. |
| 2. **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Freeport Cobalt Japan Inc |
| 3. **Debtor's federal Employer Identification Number (EIN)** | N/A |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2-2   Urbannet Otemachi Building | |
| Number   Street | Number   Street |
| 13th floor,Otemachi 2-chome, Chiyoda-ku | |
| | P.O. Box |
| Tokyo | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Japan | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL)   https://jervoisglobal.com/

Debtor      Jervois Japan Inc.
_____      Case number *(if known)* _____
Name

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>2</u>   <u>3</u>   <u>5</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☑ A plan is being filed with this petition.

    ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                         MM / DD / YYYY

         District _____   When _____   Case number _____
                                           MM / DD / YYYY

---

| Debtor | Jervois Japan Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

■ Yes.   Debtor    See Schedule 1          Relationship   Affiliate

District   Southern District of Texas   When   01/28/2025
                                                      MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                         Number          Street

_____

_____
City                                             State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49            ■ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

| Debtor | Jervois Japan Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion | |

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion | |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/28/2025
MM / DD / YYYY

X _~Bryce Crocker~_____     Bryce Crocker
Signature of authorized representative of debtor     Printed name

Title  Director

**18. Signature of attorney**

X _~Duston McFaul~_____     Date   1/28/2025
Signature of attorney for debtor                                  MM / DD / YYYY

Duston K. McFaul
Printed name
Sidley Austin LLP
Firm name
1000     Louisiana Street, Suite 5900
Number     Street
Houston                                        Texas          77002
City                                              State          ZIP Code

713-495-4500                                    dmcfaul@sidley.com
Contact phone                                   Email address

24003309                                        Texas
Bar number                                      State

**Schedule 1**

Pending Bankruptcy Cases Filed by Debtor and Affiliates of Debtor

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the **"Court"**). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, under the case number assigned to the chapter 11 case of Jervois Global Limited.

|   | Debtor | Tax ID # |
|---|--------|----------|
| 1 | Jervois Texas, LLC | 33-3029514 |
| 2 | Jervois Global Limited | N/A |
| 3 | Jervois Suomi Holding Oy | N/A |
| 4 | Jervois Finland Oy | N/A |
| 5 | Jervois Americas LLC | 46-1998097 |
| 6 | Jervois Japan Inc. | N/A |
| 7 | Formation Holdings US, Inc. | 26-3470103 |
| 8 | Jervois Mining USA Limited | 88-0241323 |

**Fill in this information to identify the case:**

Debtor name _____Jervois Japan Inc._____

United States Bankruptcy Court for the: __Southern__   District of __Texas__
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Millstreet Credit Fund LP 200 Park Avenue New York, New York 10166 | Paul Hastings, Counsel Representation P: (212) 318-6445 F: erezailad@paulhastings.com | Unsecured Noteholder | | | | $27,412,857.14 |
| 2 | ██████████████ | ██████████████ | Trade Debt | | | | $1,090,119.00 |
| 3 | Umicore Finland Oy Kobolttiaukio 1 Kokkola,  67101 Finland | Anu Malmi P: F: anu.malmi@eu.umicore.com | Trade Debt | | | | $547,229.05 |
| 4 | Varma Keskinäinentyöeläkevakuu Annankatu 18 Varma,  98 Finland | Customer service P: +358 10 192 100 F: | Trade Debt | | | | $220,136.52 |
| 5 | Ernst & Young LLP 200 Plaza Drive Secaucus, New Jersey 07094 | Paden A Stephens P: +1 256 749 0999 F: paden.stephens@ey.com | Professional Services | | | | $80,080.00 |
| 6 | SAP Australia Pty Ltd Level 13, 1 Denison Street Sydney, NSW 2060 Australia | Maria Andal P: +61 2 9935 4500 F: m.andal@sap.com | Trade Debt | | | | $76,833.65 |
| 7 | Small Mine Development LLC 967 E Parkcenter Blvd,  PMB 396 Boise, Idaho 83706 | Lee Kellogg P: 208-338-8880 F: lkellogg@undergroundmining.com | Trade Debt | | | | $76,032.04 |
| 8 | Lounea Yritysratkaisut Oy Rantakatu 14-16 Kokkola,  67100 Finland | Timo Kainu P: +358 40 077 1528 F: timo.kainu@lounea.fi | Trade Debt | | | | $67,522.03 |

| Debtor | Jervois Japan Inc. | | Case number (if known) | |
|--------|--------------------|--|------------------------|--|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Ernst & Young Oy** Alvar Aallon Katu 5 C Helsinki,  100 Finland | P: 358 20 7280190 F: nordicbilling@ey.com | Professional Services | | | | $62,378.93 |
| 10 | **SGS North America Inc.** Natural Resources  4665 Paris ST St Denver, Colorado 80239 | Laura Olson P: F: Laura.Olson@sgs.com | Trade Debt | | | | $59,890.15 |
| 11 | **Suomen Unipol Oy** Kaurapellontie 8 Espoo,  2610 Finland | Markku Ekholm P: 3.5850040073e+11 F: markku.ekholm@unipol.fi | Trade Debt | | | | $59,246.86 |
| 12 | **Accon Suomi Oy** Vasarakuja 19 Kokkola,  67700 Finland | Petri Laasanen P: +358 400 833 611 F: petri@acconsuomi.fi | Trade Debt | | | | $57,773.09 |
| 13 | **Oy Backman-Trummer Ab** Pl 49, Satamatullintie 5 Kokkola,  67900 Finland | Johan Smedjebacka P: +358 40 537 2290 F: johan.smedjebacka@backman-trummer.fi | Trade Debt | | | | $55,602.81 |
| 14 | **Ernst & Young** 8 Exhibition Street Melbourne, VIC 3000 Australia | Brad Pollock P: 1800 308 433 F: Accounts.Receivable@au.ey.com | Professional Services | | | | $51,975.00 |
| 15 | **Työllisyysrahasto** Pl 191 Helsinki,  120 Finland | Customer service P: +358 75 757 0500 F: vakuutusmaksut@tyollisyysrahasto.fi | Trade Debt | | | | $50,475.51 |
| 16 | **Tietoevry Tech Services Finland Oy** Keilalahdentie 2-4 Espoo,  2150 Finland | Olli-Pekka Järviranta P: F: Olli-Pekka.jarviranta@tietoevry.com | Trade Debt | | | | $48,017.54 |
| 17 | **Intelex Technologies** 70 University Ave, Suite 800 Toronto, Ontario M5J 2M4 Canada | Rashad Aljunied P: +1 877 932 3747 F: rashad.aljunied@intelex.com | Trade Debt | | | | $41,919.77 |
| 18 | **Blue Cross of Idaho** PO Box 6948 Boise, Idaho 83707 | P: 208-345-4550 F: | Trade Debt | | | | $35,170.72 |
| 19 | **Idaho Power Co** PO Box 34966 Seattle, Washington 98124-1966 | P: 208-388-2323 F: | Trade Debt | | | | $34,788.51 |

Debtor **Jervois Japan Inc.**
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | Freja Transport & Logistics Oy Linnankatu 90 Turku, 20100 Finland | P: +358 20 712 9830 F: info@freja.fi | Trade Debt | | | | $32,927.31 |
| 21 | Control Systems Technology 5471 S Heyrend Idaho Falls, Idaho 83402-5385 | Shauna Larson P: 208-523-2796 F: dwareing@controlsys.com | Trade Debt | | | | $31,699.50 |
| 22 | Tecalemit Flow Oy Tiilitie 6 Vantaa, 1720 Finland | Kim Viitala P: +358 29 006 5857 F: kim.viitala@tecaflow.fi | Trade Debt | | | | $31,325.48 |
| 23 | Western States Equipment 3760 N Reserve St Missoula, Montana 59808 | Jason Calson P: 800-852-2287 F: jason.calson@wseco.com | Trade Debt | | | | $30,868.17 |
| 24 | ███████████ | ███████████ | Trade Debt | | | | $29,189.85 |
| 25 | Sumitomo Warehouse Kobe Hyogo Kobe, 650-0033 Japan | Mr. Shunsuke Mogi P: +81 7 8393 3604 F: mogi.shunsuke@sumitomo-soko.co.jp | Trade Debt | | | | $28,522.99 |
| 26 | Kemianteollisuus Ry Etelaranta 10 Helsinki, 131 Finland | P: +358 9 172 841 F: katja.teerimaki@kemianteollisuus.fi | Trade Debt | | | | $25,743.51 |
| 27 | Energy Laboratories Inc Department 6250, PO Box 4110 Woburn, Massachusetts 01888-4110 | Account Dept P: 406-869-7270 F: accounts@energylab.com | Trade Debt | | | | $25,381.10 |
| 28 | Accountor Hr Solutions Oy Hallituskatu 16 A Tampere, 33200 Finland | P: +358 20 7425 400 F: laskutus@accountorhr.fi | Trade Debt | | | | $25,258.28 |
| 29 | Kokkolan Energiaverkot Oy Varastotie 3 Kokkola, 67100 Finland | Tapio Järvinen P: F: tapio.jarvinen@kokkolanenergia.fi | Trade Debt | | | | $23,781.86 |
| 30 | Professional Cleaning Svcs Ristisuonraitti 16 Pietarsaari, 68600 Finland | Maria Friberg P: +358 40 4889454 F: maria.friberg@pcs.fi | Trade Debt | | | | $21,442.38 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Jervois Japan Inc.

United States Bankruptcy Court for the:  Southern  _____  District of  Texas

(State)

Case number (*If known*):  _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule _____*

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/28/2025          ✘   *Bryce Crocker*

DocuSigned by:

DC754D46DD6F4E0...

MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Bryce Crocker

Printed name

Director

Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

In re:

JERVOIS JAPAN INC.,

                Debtor.

Chapter 11

Case No. 25-_____ (___)

## LIST OF EQUITY SECURITY HOLDERS

| Name and Address of Equity Holders | Percentage of Equity Held |
| --- | --- |
| Jervois Suomi Holding Oy<br>PL 286,<br>67101 Kokkola, Finland | 100% |

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Jervois Japan Inc.___

United States Bankruptcy Court for the: ___Southern___ District of ___Texas___
                                                                    (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration ___List of Equity Security Holders___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/28/2025___       ✖ _Bryce Crocker_____
              MM / DD / YYYY                    DC754D46DD6F4E0...
                                            Signature of individual signing on behalf of debtor

                                            ___Bryce Crocker_____
                                            Printed name

                                            ___Director_____
                                            Position or relationship to debtor

---

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>JERVOIS JAPAN INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholders | Approximate Percentage of Shares Held |
|---|---|
| Jervois Suomi Holding Oy | 100% |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Jervois Japan Inc.

United States Bankruptcy Court for the:   Southern     District of   Texas
                                                                     (State)

Case number (*If known*):   _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* ____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration   Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/28/2025      ✘ _____
         MM / DD / YYYY               *DocuSigned by: Bryce Crocker*
                                Signature of individual signing on behalf of debtor

                                 Bryce Crocker
                                 Printed name

                                 Director
                                 Position or relationship to debtor

*Execution Version*

## UNANIMOUS WRITTEN CONSENT OF THE DIRECTORS OF
## JERVOIS JAPAN INC.
### (the "Company")

### January 28, 2025

The undersigned, being all the directors of the Company (the "Board"), do hereby consent to, adopt and approve the following resolutions by written consent and each and every action effected thereby with the same force and effect as if they had been adopted at a duly convened meeting of the Company:

**WHEREAS**, the Board has considered certain materials presented by, or on behalf of, the Company's management ("Management") and financial and legal advisors (collectively, the "Advisors"), including, but not limited to, materials regarding the liabilities, obligations, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Company, in consultation with the Advisors, has determined that it is in the best interest of the Company to enter into that certain *Restructuring Support Agreement*, dated December 31, 2024 (as amended, supplemented, or otherwise modified from time to time, the "RSA"), which contemplates certain restructuring transactions to be effectuated pursuant to chapter 11 cases of the Company and its debtor affiliates (the "Bankruptcy Cases") to be filed in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court");

**WHEREAS**, the Company, in consultation with the Advisors, has determined that it is in the best interest of the Company to amend the RSA to reflect modifications and revisions to the transactions negotiated therein;

**WHEREAS**, pursuant to the RSA, the Company intends to pursue the Bankruptcy Cases in a value-maximizing and effective fashion, and to file all pleadings or documents, including a chapter 11 plan (the "Plan") and a related disclosure statement (the "Disclosure Statement"), that may be required to effectively resolve the Bankruptcy Cases;

**WHEREAS**, the Board has reviewed and considered one or more presentations by Management and the Advisors regarding the advantages and disadvantages of filing a voluntary petition for relief (the "Bankruptcy Petition") pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (as amended, the "Bankruptcy Code");

**WHEREAS**, the Board has had adequate opportunity to consult with its Management and the Advisors regarding the materials presented, to obtain additional information, and to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board has determined, in the judgment of the Board, that the following resolutions are advisable and in the best interests of the Company, its interest holders, its subsidiaries, its creditors, and other parties in interest; and

**WHEREAS**, the Board has considered its fiduciary duties under applicable law in exercising its powers and discharging its duties, to act honestly and in good faith with a view to

the best interests of the Company as a whole, and to exercise the care, diligence, and skill that a reasonably prudent person would exercise in comparable circumstances.

1. **AMENDMENT TO RSA.**

**NOW, THEREFORE, BE IT RESOLVED**, that the RSA be and hereby is amended on terms and conditions substantially similar to the form attached hereto as <u>Exhibit A</u> (the "<u>Amended RSA</u>"), and that the Company amending the RSA would benefit the Company; and

**RESOLVED FURTHER**, (i) the forms, terms and provisions of the Amended RSA, and all the exhibits annexed thereto, (ii) the execution, delivery, and performance thereof, and (iii) the consummation of the transactions contemplated thereunder by the Company are hereby authorized, approved, and declared advisable and in the best interest of the Company, with such changes therein and additions thereto as any director or duly appointed officer of the Company, each acting individually and with full power of substitution (each, an "<u>Authorized Person</u>" and, together with any persons to whom such persons delegate certain responsibilities, collectively, the "<u>Authorized Persons</u>") executing the same may, in such Authorized Person's discretion, deem necessary or appropriate, it being acknowledged that the execution of the Amended RSA and such other documents, agreements, instructions and certificates as may be required or contemplated by the Amended RSA, as applicable, shall be conclusive evidence of the approval thereof.

2. **VOLUNTARY PETITION FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF.**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its interest holders, subsidiaries, creditors, and other parties in interest, that the Company shall be, and hereby is, in all respects authorized to file, or cause to be filed, the Bankruptcy Petition under the provisions of chapter 11 of the Bankruptcy Code (the "<u>Restructuring Matters</u>") in the Bankruptcy Court for the Company; and, in accordance with the requirements of the Company's governing documents and applicable law, hereby consents to, authorizes, and approves, the filing of the Bankruptcy Petition; and

**RESOLVED FURTHER,** that each Authorized Person be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, including the Plan and Disclosure Statement (and are authorized to finalize the documents on terms substantially similar to the forms presented to the Board), and to take any and all action that such Authorized Person deems necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to maintain the ordinary course operations of the Company.

3. **RETENTION OF PROFESSIONALS.**

**RESOLVED**, that each of the Authorized Persons, acting individually and with full power of substitution, be, and hereby is, authorized, empowered and directed to employ the following professionals on behalf of the Company: (i) the law firm of Sidley Austin LLP, as general restructuring counsel; (ii) Moelis & Company, as investment banker; (iii) FTI Consulting,

Inc., as restructuring advisor; (iv) Stretto, Inc., as claims, noticing, and solicitation agent; (v) Pricewaterhouse Coopers International Limited, as tax advisor; and (vi) any other legal counsel, accountants, financial advisors, restructuring advisors, or other professionals such Authorized Person deems necessary, appropriate, or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses) and to take any and all actions to advance the rights and obligations of the Company, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Persons be, and hereby is, authorized, empowered, and directed, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services.

## 4.    FURTHER ACTIONS AND PRIOR ACTIONS.

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the common seal of the Company if appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfers, deeds and other documents on behalf of the Company relating to the Bankruptcy Cases;

**RESOLVED FURTHER**, that each of the Authorized Persons, each acting individually and with full power of substitution be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute such further documentation that such Authorized Person in their absolute discretion deems necessary, appropriate, or desirable in accordance with these resolutions;

**RESOLVED FURTHER**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Company's governing documents and applicable law, be, and each of them hereby is, authorized to take any and all such other and further actions, and to do all such other deeds and other things as the Company itself may lawfully do, in accordance with its governing documents and applicable law, including but not limited to, the negotiation, finalization, execution, acknowledgement, delivery, and filing of any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds, and other documents on behalf of the Company, and the payment of all expenses, including but not limited to filing fees, in each case as such Authorized Person or Authorized Persons may, in his/her/its/their absolute and unfettered discretion approve, deem or determine necessary, appropriate, advisable, or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; such approval, deeming, or determination to be conclusively evidenced by said individual taking such action or the execution thereof;

**RESOLVED FURTHER**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may

be required by the governing documents of the Company, or hereby waives any right to have received such notice; and

**RESOLVED FURTHER**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board.

\*      \*      \*      \*

This resolution may be executed in two or more counterparts, each of which shall be deemed an original and together constitute one and the same resolution. The words "execution," "signed," "signature," and words of like import herein shall be deemed to include electronic signatures or the keeping of records in electronic form, each of which shall be of the same legal effect, validity or enforceability as a manually executed signature or the use of a paper based recordkeeping system, as the case may be, to the extent and as provided for in any applicable law.

IN WITNESS WHEREOF, the undersigned, being all the directors of the Company, have executed this unanimous written consent in one or more counterparts, each of which shall be deemed to be one and the same instrument, as of the date first set forth above.

Signed by:

*Makoto Kumazoe*

32C2430A476B4B0...

Name: Makoto Kumazoe

Title: Director

DocuSigned by:

*Bryce Crocker*

DC754D46DD6F4E0...

Name: Bryce Crocker

Title: Director

DocuSigned by:

*Kenneth G. Klassen*

6214B5324DDA4CD...

Name: Kenneth Klassen

Title: Director

*[Signature Page to Unanimous Written Consent – Jervois Japan Inc.]*

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

## 株式会社ジャーボアジャパン取締役会議事録
## Minutes of Meeting of the Board of Directors of
## Jervois Japan Inc.

　株式会社ジャーボアジャパン(以下「当社」という。)の取締役会は、招集手続を省略して本会を開催することについて当社取締役及び監査役全員の同意を得て、2025 年 1 月23日午後10時00分(日本時間)より、東京都千代田区大手町二丁目 2 番 2 号アーバンネット大手町ビル 13 階当社会議室、スイス連邦 ヴォー州 ニョン リヴ通り 23、パナマ共和国 パナマシティ カレプンタコロン JW マリオット ザ・オーシャンクラブ アプト 3604 及びフィンランド共和国 コッコラ メタリテスタンティエ 48 において、電話回線及び電話会議用装置からなる電話会議システムを用いて開催された。

　　　　A meeting of the Board of Directors of Jervois Japan Inc. (the "Company") was held at 10 p.m. (Japan Time) on 23 January, 2025, using a teleconference system consisting of telephone lines and devices at a meeting room at the Urbannet Otemachi Building 13th floor, 2-2, Otemachi 2-chome, Chiyoda-ku, Tokyo, Japan, at 23 Rue du Rive, Nyon, Vaud, Switzerland, Apt 3604, The Ocean Club, JW Marriott, Calle Punta Colon, Panama City, Panama, and at Metallitehtaantie 48, Kokkola, Finland, pursuant to the consents of all Directors and the Statutory Auditor of the Company to hold this meeting by dispensing with the procedures for the convocation thereof.

出席取締役及び監査役

　　　　東京都千代田区大手町二丁目 2 番 2 号アーバンネット大手町ビル 13 階当社会議室　　出席取締役　熊添誠
　　　スイス連邦 ヴォー州 ニョン リヴ通り 23
　　　　　出席取締役　ブライス・クロッカー
　　　パナマ共和国 パナマシティ カレプンタコロン JW マリオット ザ・オーシャンクラブ アプト 3604
　　　　　出席取締役　ケネス・クラッセン
　　　フィンランド共和国 コッコラ メタリテスタンティエ 48
　　　　　出席監査役　サミ・カリオイネン

Directors and Statutory Auditor Present:

　　　Director present, Makoto Kumazoe at Urbannet Otemachi Building 13th floor, 2-2, Otemachi 2-chome, Chiyoda-ku, Tokyo, Japan
　　　Director present, Bryce Crocker at 23 Rue du Rive, Nyon, Vaud, Switzerland
　　　Director present, Kenneth Klassen at Apt 3604, The Ocean Club, JW Marriott, Calle Punta Colon, Panama City, Panama
　　　Statutory Auditor present, Sami Kallioinen at Metallitehtaantie 48, Kokkola, Finland

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

上記のとおり、定足数を満たす出席があったので、代表取締役熊添誠が議長として、本取締役会は電話会議システムを用いて開催する旨を宣言した。

There being a quorum present as stated above, Mr. Makoto Kumazoe, a Representative Director, as the Chairman of the meeting, called the meeting to order using the teleconference system.

電話会議システムにより、出席者の音声が即時に他の出席者に伝わり、出席者が一堂に会するのと同等に適時的確な意見表明が互いにできる状態となっていることが確認された後、出席取締役は、以下の議案につき審議に入った。

Further, after confirming that each attendant's voice was audible to each other instantly through the teleconference system so that all attendants could discuss with each other on a timely and precise basis as if in discussion at the same venue, the Directors present started discussing the items of business below.

第 1 号議案：当社が、当社の事業の遂行、促進、維持、および達成に必要または有利な便益を得ることの確認の件
Item 1： Acknowledgment that the Company will obtain benefits, as necessary or convenient to the conduct, promotion, maintenance, and attainment of the business of the Company

議長は、当社が事業の遂行、促進、維持、達成のために必要または有利な便益を得ることを認めることを提案した。その利益は以下の通りである。(a) 適用される範囲で、事前に担保を提供した貸し手および事前に担保を提供した代理人（総称して「担保当事者」）のための、現金担保を含む担保の使用（現金担保は米国破産法第 363(a)条で定義されている「現金担保」）、 (b) 借り手として Jervois Suomi Holding Oy、保証人として当社、貸し手として随時参加する貸し手、および代理人および担保代理人として Acquiom Agency Services Ltd が参加する、2021 年 10 月 28 日に最初に締結され、2022 年 8 月 4 日、2024 年 9 月 6 日、2024 年 11 月 26 日、2024 年 12 月 31 日に改訂および/または修正されたファシリティ契約を補足する補足契約に基づく$49,000,000 のシニア担保超優先債務者保有融資契約の締結（「DIP 信用契約」）。この契約には以下が含まれる。(i) 新規資金のタームローンファシリティ（「新規資金 DIP ファシリティ」および新規資金 DIP ファシリティに基づいて提供されるローン、「新規資金 DIP ローン」）、および(ii)（SUPPLEMENTAL DEED 記載の）エフェクティブタイムの後、破産裁判所による DIP ファシリティの承認を得た中間命令の発行後に提供されるロールアップファシリティ（「ロールアップファシリティ」、およびその下で提供されるとみなされるローン、「ロールアップローン」、新規資金 DIP ローンとロールアップローンを合わせて「DIP ファシリティ」）、いずれの場合も DIP 信用契約に定められた優先順位および条件に従う。

審議の結果、満場一致で本議案は原案どおり承認された。

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

The Chairman proposed to acknowledge that the Company will obtain benefits, as necessary or convenient to the conduct, promotion, maintenance, and attainment of the business of the Company, from (a) the use of collateral, including cash collateral, as that term is defined in Section 363(a) of the Bankruptcy Code (the "Cash Collateral"), to the extent applicable, which is security for prepetition secured lenders and the prepetition secured agent (collectively, the "Secured Parties"), if any; (b) entry into a $49,000,000 senior secured superpriority debtor-in-possession term loan facility pursuant to a Supplemental Deed amending and restating a Facility Agreement originally dated 28 October 2021 as amended and/or restated from time to time including on 4 August 2022, 6 September 2024, 26 November 2024 and 31 December 2024, by and among Jervois Suomi Holding Oy as the borrower, the Company from time to time party thereto as guarantor, the lenders from time to time party thereto, and Acquiom Agency Services Ltd, as agent and security agent (the "DIP Credit Agreement"), which shall include: (i) a new money term loan facility (the "New Money DIP Facility" and the loans advanced under the New Money DIP Facility, the "New Money DIP Loans"), and (ii) following the Effective Time (as described under the Supplemental Deed) and upon entry of an interim order by the Bankruptcy Court authorizing the DIP Facility, a roll-up facility (the "Roll-Up Facility," and the loans deemed made thereunder, the "Roll-Up Loans," and the Roll-Up Loans together with the New Money DIP Loans, the "DIP Facility"), in each case subject to the priorities and on terms and conditions set forth in the DIP Credit Agreement.

After deliberations, all were unanimously approved as proposed.

第 2 号議案：担保当事者の利益のために、特定の担保権およびその他の担保権の設定および対抗要件具備（「適切な保護義務」）の承認の件
Item 2 : Acknowledgment that the Company will grant and allow perfection of certain liens and other security interests in favor of and for the benefit of the Secured Parties (the "Adequate Protection Obligations") .

議長は、DIP ファシリティおよびキャッシュコラテラルを使用し、その利益を得るため、米国破産法第 363 条に従い、破産裁判所に提出される暫定命令（「DIP 命令」）に記載された適切な保護義務（ACKNOWLEDGEMENT OF AND CONSENT TO THE TERMS OF DIP DOCUMENTS FOR JAPANESE LAW PURPOSES の締結を含む）を承認することを提案した

審議の結果、満場一致で本議案は原案どおり承認された。

The Chairman proposed to acknowledge that in order to use and obtain the benefits of the DIP Facility and any Cash Collateral, and in accordance with Section 363 of the Bankruptcy Code, the Company will grant and allow the Adequate Protection Obligations as documented in a proposed interim order (the "DIP Order") to be filed with the Bankruptcy Court, including execution of ACKNOWLEDGEMENT OF AND CONSENT TO THE TERMS OF DIP DOCUMENTS FOR JAPANESE LAW PURPOSES.

After deliberations, all were unanimously approved as proposed.

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

第3号議案：DIP ファシリティのフォーム、条件および条項を、DIP 文書のフォームに記載されているものと実質的に同様の条件での承認及び SUPPLEMENTAL DEED を締結することの承認の件

Item 3 : Acknowledgement that the form, terms, and provisions of the DIP Facility be, and hereby are, in all respects approved on the terms and conditions substantially similar to those set forth in the form of DIP Documents and that the SUPPLEMENTAL DEED be executed.

議長は、DIP ファシリティのフォーム、条件、および条項が、以下に定義される DIP 文書の形式で以前に取締役に提供および/または説明されたものと実質的に類似した条件で、あらゆる点で承認されることを認めることを提案し、当社は(a)破産裁判所の承認を条件として DIP ファシリティを締結すること、および(b)DIP ファシリティおよび DIP 文書の締結および履行を承認する DIP 命令およびその他の命令の取得を求めること及び添付の SUPPLEMENTAL DEED を締結することの承認を求めた。

取締役には前述の文書の草案が提供されており、これは今後修正される可能性があることも付言された。

審議の結果、満場一致で本議案は原案どおり承認された。

The Chairman proposed to acknowledge that the form, terms, and provisions of the DIP Facility be, and hereby are, in all respects approved on the terms and conditions substantially similar to those set forth in the form of DIP Documents (as defined below) previously provided and/or described to the Board of Directors, and the Company is authorized and empowered to (a) enter into the DIP Facility, subject to approval by the Bankruptcy Court, and (b) seek entry of the DIP Order and any other such order authorizing entry into, and consummation of, the DIP Facility and the DIP Documents.

It is noted that the Directors were provided with drafts of the aforementioned documents, and further amendments to them may still be required.

After deliberations, all were unanimously approved as proposed.

第 4 号議案：当社が従い、または従うことになる予定の DIP 命令のフォーム、条件および条項並びにそれによって想定される行動および取引が承認され、採用され、承認されることを認め、当社が権限を付与した者が、当社の名において又は当社を代表し、当該行動を取り、DIP 文書および DIP 文書の修正または変更を作成し、交渉し、実行し、送付し、履行又は履行させるために、認可され、指示され、権限を与えられることの承認の件

Item 4 : Acknowledgement that the form, terms, and provisions of the DIP Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted, and approved, and each of the Authorized

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

<u>Persons of the Company be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of DIP Documents and any amendments or modifications to the DIP Documents.</u>

議長は、当社が従い、または従うことになる DIP 命令のフォーム、条件および規定を承認し、これを採用し、承認することを提案し、それぞれが個別に行動し完全な代理権を持つ各取締役（以下「権限を付与された者」）が、当社の名において又は当社を代表して、DIP 命令および DIP 信用契約その他の契約、証明書、文書、通知、領収書、記録、提出書類、請願書、動議またはその他の書類（当社が当事者である、または当事者となるものを含むが、これに限定されない。担保および質権契約または保証契約を含む）を作成し、交渉し、実行し、送付し、履行し又は履行させるために、必要な行動を取り、交渉し、または作成させ、交渉し、実行し、配達し、履行し、履行させることを承認し、指示し、権限を与えられ、（a）DIP 命令および DIP 信用契約、（b）その他の契約、証明書、文書、通知、領収書、記録、提出書類、請願書、動議またはその他の書類（DIP命令およびDIP信用契約と合わせて「DIP文書」と総称する）、および（c）DIP 文書の修正または変更（権限を付与された者がそれぞれ個別に行動し完全な代理権を持ち、その単独の裁量で必要、適切、望ましい、または助言されると判断する変更、修正、追加、削除、および修正を含む。これらの承認は、実行および送達によって決定的に確立されるものとする）を行うことを承認し、指示し、権限を付与されることを提案した。

審議の結果、満場一致で本議案は原案どおり承認された。

The Chairman proposed to acknowledge that the form, terms, and provisions of the DIP Order to which the Company is or will be subject, and the actions and transactions contemplated thereby be, and hereby are, authorized, adopted, and approved, and each of the Directors of the Company, each acting individually and with full power of substitution (each an "<u>Authorized Person</u>" and collectively the "<u>Authorized Persons</u>") be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of (a) the DIP Order and the DIP Credit Agreement, (b) such other agreements, certificates, instruments, notices, receipts, recordings, filings, petitions, motions, or other papers or documents to which the Company is or will be a party, including, but not limited to, any security and pledge agreement or guaranty agreement (collectively, with the DIP Order and the DIP Credit Agreement, the "DIP Documents"), and (c) any amendments or modifications to the DIP Documents (with such changes, modifications, additions, deletions, and amendments thereto as any Authorized Person, each acting individually and with full power of substitution, in his or her sole discretion shall deem required, necessary, appropriate, desirable or advisable, the approval of which shall be conclusively established by the execution and delivery thereof).

After deliberations, all were unanimously approved as proposed.

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

<u>第 5 号議案：米国破産法の下で債務者およびデッターインポゼッションとして、破産申立書の提出時に、適切な保護義務を負うことおよび DIP 文書と同様の条件で関連するすべての取引を行うことの承認の件</u>
<u>Item 5: Acknowledgement that the Company, as debtor and debtor in possession under the Bankruptcy Code, upon filing of the Bankruptcy Petition, be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents.</u>

議長は、当社が米国破産法の下で債務者およびデッターインポゼッションとして、破産申立書の提出時に、適切な保護義務を負うことおよび DIP 文書と同様の条件で関連するすべての取引（総称して「DIP 取引」）を行うことを承認することを提案した。その中には、当該義務の保証およびその義務を担保するためにその資産のほぼすべてに対する担保権の付与が含まれている。

審議の結果、満場一致で本議案は原案どおり承認された。

The Chairman proposed to acknowledge that the Company, as debtor and debtor-in-possession under the Bankruptcy Code, upon filing of the Bankruptcy Petition, be, and hereby is, authorized to incur the Adequate Protection Obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Documents (collectively, the "DIP Transactions"), including the guaranty of the obligations thereunder and the granting of liens on substantially all of its assets to secure such obligations.

After deliberations, all were unanimously approved as proposed.

<u>第 6 号議案：各取締役が、当社の名において、または当社を代表して、DIP ファシリティの担保代理人（以下「DIP エージェント」）に対し、知的財産の提出および記録、ならびに担保権の設定やその他の文書を提出すること、または DIP エージェントが DIP 命令に基づいて付与された担保権や担保利益を完璧にするために必要または適切と判断する書類を提出することを承認し、指示し、権限を与えることの承認の件</u>
<u>Item 6: Acknowledgement that each of the Authorized Persons of the Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to file or to authorize the collateral agent under the DIP Facility (the "DIP Agent") to file any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of the Company that the DIP Agent deems necessary or appropriate to perfect any lien or security interest granted under the DIP Order.</u>

議長は、DIP エージェントが DIP 命令の下で付与された担保権または担保権を完璧にするために必要または適切とみなす、担保権の登録その他の同等の登録、知的財産の登録および記録ならびに必要な譲渡書類を当社の名義で提出するこ

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

とを認めることを提案した。これには、「すべての資産」、「現在または将来取得するすべての財産」などの一般的な担保の説明を含む担保権の登録、および DIP エージェントが合理的に要求する場合に、当社の不動産に関する抵当権および信託証書の作成および提出、ならびに当社の知的財産およびその他の財産に関するその他の登録が含まれる。

審議の結果、満場一致で本議案は原案どおり承認された。

The Chairman proposed to acknowledge that the DIP Agent to file registrations of security interests, any other equivalent filings, any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of the Company that the DIP Agent deems necessary or appropriate to perfect any lien or security interest granted under the DIP Order, including any such registrations of security interests containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired," and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Company and such other filings in respect of intellectual and other property of the Company, in each case as the DIP Agent may reasonably request to perfect the security interests of the DIP Agent under the DIP Order.

After deliberations, all were unanimously approved as proposed.

第 7 号議案：各取締役が、当社の名において又は当社を代表して、更なる行動を取ることを承認し、指示し、その権限を与えることの承認の件
Item 7: Acknowledgement that each of the Authorized Persons of the Company be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to take further actions

議長は、権限を付与された者が、それぞれ個別に行動し完全な代理権を持ち、当社の名において又は当社を代表して、DIP 取引に関連して支払われるすべての手数料および費用、ならびに DIP 取引に関連して当社が負担した、または当社を代表して負担したすべての手数料および費用、および前述の決議に関連して当社が負担した、または当社を代表して負担したすべての手数料および費用を支払う、または支払いを承認することを含むがこれに限定されない、さらなる行動を取ることが、権限を付与された者に認められ、指示され、その権限が与えられることを承認することを提案した。なお、これらの行動は、DIP 文書の条件に従い、DIP 命令または他の DIP 文書およびそこに想定される取引に基づく、または関連する当社の義務を履行するために、または上述の決議で企図されたものを完全に履行するために、権限を付与された者の単独の判断で必要、適切、または望ましいとされるものである。

審議の結果、満場一致で本議案は原案どおり承認された。

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

The Chairman proposed to acknowledge that each of the Authorized Persons of the Company, each acting individually and with full power of substitution, be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with the DIP Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the DIP Transactions and all fees and expenses incurred by or on behalf of the Company in connection with the foregoing resolutions, in accordance with the terms of the DIP Documents, which shall in their sole judgment be necessary, proper, or advisable to perform the Company's obligations under or in connection with the DIP Order or any of the other DIP Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions.

After deliberations, all were unanimously approved as proposed.

本日の電話会議システムを用いた取締役会は、終始異状なく議題の審議を終了したので、議長は午後11時00分(日本時間)閉会を宣言した。

The discussion being fully conducted without any inconvenience, the Chairman declared the meeting using a teleconference system adjourned at 11:00 p.m. (Japan Time).

上記を証するため、2025年1月23日、議長並びに出席取締役及び監査役全員が本議事録に署名又は記名押印する。

In order to certify the above proceedings and resolutions, the Chairman and the Directors and the Statutory Auditor present have signed or affixed their names and seals hereto as of 23 January, 2025.

This document has been originally prepared in Japanese. The English version has
been prepared for convenience purposes only. The Japanese language version shall
prevail if there is any conflict between the Japanese and English versions.

株式会社ジャーボアジャパン
Jervois Japan Inc.

議長・代表取締役　　　熊添　誠
Chairman of the Meeting
Representative Director　Makoto Kumazoe



Corporate Seal

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

出席代表取締役　　　　ブライス・クロッカー

Representative Director
Present:　　　　　　　Bryce Crocker

This document has been originally prepared in Japanese. The English version has been prepared for convenience purposes only. The Japanese language version shall prevail if there is any conflict between the Japanese and English versions.

出席取締役　　　　　ケネス・クラッセン

Director Present:　　　　Kenneth Klassen

DocuSigned by:

*kenneth G. klassen*

6214B5324DDA4CD...

Kenneth Klassen

This document has been originally prepared in Japanese. The English version has
been prepared for convenience purposes only. The Japanese language version shall
prevail if there is any conflict between the Japanese and English versions.

出席監査役          サミ・カリオイネン

Statutory Auditor      Sami Kallioinen
Present:

Sami Kallioinen